AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:25-mj-106 | Date and time warrant executed:<br>02/19/2025 10:38 am | Copy of warrant and inventory left with:<br>Richard Carrillo |
| Inventory made in the presence of :<br>Richard Carrillo | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>See attached evidence inventory receipt. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    03/13/2025

PAUL CICHOS (Affiliate)
Digitally signed by PAUL CICHOS (Affiliate)
Date: 2025.03.13 09:22:30 -05'00'

*Executing officer's signature*

TFO Paul Cichos

*Printed name and title*

## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | CASE NO. | G-DEP |
|---|---|---|
| 1020 14½ St N. | | |
| | FILE TITLE | |
| FROM CLAIMANT (IMPREST ONLY): NAME | LAST FOUR DIGITS OF SSN | |
| | DATE 2.19.25 | |
| GROUP | CS NUMBER | |
| DIVISION/DISTRICT OFFICE | CALENDAR YEAR CAP | |
| | LIFETIME CAP | |

| EXTENSION APPROVAL | APPROVER | Title (and printed name/date if not signed digitally) |
|---|---|---|
| DATE EXTENDED THROUGH: | | |

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Plastic Bag of suspected marijuana | |
| 1 | Blue colored grinder | |
| 1 | silver jar w/ marijuana | |
| 4 | THC Based carts | |
| 3 | Jars Resin | |
| 1 | Package Wonky Words gummy | |
| | nothing further | |

| | |
|---|---|
| First Level Approver | Title (and printed name/date if not signed digitally) |
| Second Level Approver, if any | Title (and printed name/date if not signed digitally) |
| Third Level Approver, if any | Title (and printed name/date if not signed digitally) |
| Additional Approver, if any | Title (and printed name/date if not signed digitally) |

RECEIVED BY (Signature)

NAME, TITLE and DATE
SA BBetzel

WITNESSED BY (Signature)

NAME, TITLE and DATE

DOCUMENT NUMBER / FISCAL INFORMATION

FORM DEA-12 (Sept 2020)